IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Kienle., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00699 |
| v. | : | Judge Sargus |
| Stinger's Lounge & Grille, LLC., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Court on plaintiff's January 14, 2013 notice of dismissal. The notice does not comply with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Court will treat the notice as a motion pursuant to Rule 41(a)(2), which is GRANTED. This case is DISMISSED with prejudice. The Clerk of Court is DIRECTED to close the case.

\_\_1-17-2013\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE